JENNIE NELSEN, APPELLANT, V. WILSON B. REYNOLDS
ET AL., APPELLEES.

·FILED JUNE 6, 1930. No. 27296.

*E. L. Mahlin* and *Robins & Yost*, for appellant.

*Cook & Gumb* and *F. Dolezal, contra.*

Heard before ROSE, GOOD, THOMPSON, EBERLY and DAY,
JJ.

PER CURIAM.

Plaintiff brought this action in the district court for
Dodge county to enjoin defendants from converting cer-
tain real estate owned by them from residence to business
property. The trial court denied an injunction and plain-
tiff has appealed.

We have carefully considered the record and find the
same to be free from prejudicial error. The judgment of
the district court is therefore

AFFIRMED.